IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-286-D
No. 5:13-CV-828-D

| | |
|---|---|
| LARRY RAY WARD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | **ORDER** |

On May 27, 2014, this court dismissed Larry Ray Ward's ("Ward") motion to vacate, correct, or set aside his sentence under 28 U.S.C. § 2255. See [D.E. 43, 44]. On June 6, 2014, Ward appealed this court's order to the United States Court of Appeals for the Fourth Circuit [D.E. 45]. On August 26, 2014, the United States Court of Appeals for the Fourth Circuit dismissed Ward's appeal. See United States v. Ward, 582 Fed. App'x 204 (4th Cir. 2014) (per curiam) (unpublished). On January 12, 2015, the Supreme Court of the United States denied certiorari. See Ward v. United States, 135 S. Ct. 986 (2015).

On April 2, 2015, Ward filed a pro se "motion for relief pursuant to 28 U.S.C. § 2241 proceeding under 28 U.S.C. § 2255(e)" [D.E. 55]. The motion [D.E. 55] lacks merit and is DENIED. The court DENIES a certificate of appealability.

SO ORDERED. This 24 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge