IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-286-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LARRY RAY WARD, | ) |
| | ) |
| Defendant | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 63 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and Defendant's attorney.

This the 16 day of May, 2017.

JAMES C. DEVER, III
Chief United States District Judge