UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-286-D1

UNITED STATES OF AMERICA

v.

LARRY RAY WARD

ORDER TO SEAL

On motion of the Defendant, Larry Ray Ward, and for good cause shown, it is hereby ORDERED that DE 79 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 11 day of October 2020.

JAMES C. DEVER III
United States District Judge