UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00286-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY RAY WARD | ORDER TO SEAL |

On motion of the Defendant, Don Leon Alford, and for good cause shown, it is hereby ORDERED that **DE 92** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  18  day of April, 2022.

James C. Dever III
United States District Judge